## THE ASCUTNEY.

### Appeal of OLSEN WATER & TOWING CO.

(Circuit Court of Appeals, Second Circuit. November 7, 1921.)

No. 35.

Appeal from the District Court of the United States for the Southern District of New York.

Libel by the City of Beaumont Ship Company against the steamship Ascutney and other vessels. From a decree for libelant against the Olsen Water & Towing Company, Inc., claimant, etc. (277 Fed. 242), it appeals. Affirmed.

Foley & Martin, of New York City (James A. Martin and George V. A. McCloskey, both of New York City, of counsel), for appellant.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine, of New York City, of counsel), for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.